United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),                       No. CR 00-0473 PJH

        v.                               **ORDER**

JOSEPHINE BORIGHT,

        Defendant(s).

_____/

      Before the court is the August 13, 2012 request by Cadles of Grassy Meadows II, LLC ("Cadles"), a non-party to the above-entitled closed criminal action, to change the name of the victim named in the restitution order of the January 22, 2002 judgment against defendant Boright, from LPP Mortgage to Cadles. LPP Mortgage has apparently assigned its interests in the restitution order to Cadles. The court hereby acknowledges the assignment of interests and Cadles' right to receive restitution payments. However, the court notes that the Clerk is not permitted to alter the restitution order previously entered years ago in this case, as Cadles requests. The Clerk is, however, permitted to issue an Amended Abstract of Judgment in Cadles' name, and will do so upon submission by Cadles of the appropriate abstract of judgment.

      **IT IS SO ORDERED.**

Dated: August 28, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge